IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: HERMAN LEWIS, SR.            CASE NO. 4: 15-12667
       DEBTOR                                                CHAPTER 13

## **RESPONSE**

Comes now the debtor, by and through his attorney, Pray Law Firm, and for his Response to the Notice of Opportunity to Respond for Failure to Attend §341(a) Meeting states:

1.      The debtor did not attend the first two scheduled dates of the meeting of creditors due to illness.

2.      The debtor requests that a third 341(a) meeting be set.

WHEREFORE, the debtor requests the Court enter an Order allowing him to attend a third scheduled 341(a) meeting and for all other good and proper relief to which he may be entitled.

                                                 Respectfully submitted,

                                                 /s/ John O. Jackson
                                                 Kent Pray, Bar #91228
                                                 Christian W. Frank, Bar #01219
                                                 John O. Jackson, Bar#2002-213
                                                 PRAY LAW FIRM
                                                 Attorneys for Debtor
                                                 PO Box 94224
November 3, 2015                       N. Little Rock, AR 72190
                                                 501-771-7733

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document was mailed to The following by first class mail with sufficient postage.

Jack W. Gooding, Trustee
P.O. Box 8202
Little Rock, AR 72221-8202


November 3, 2015                              /s/ John O. Jackson
                                              John O. Jackson