UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  HERMAN R LEWIS SR                                        Case No:   4:15-bk-12667 J

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1322(d) plan is proposed for a period greater than five years.

2. 11 U.S.C. 1307(c)(4) Debtor failed to make timely payments into the plan.

3. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

4. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor has failed to provide an address for the DSO recipient.  Also the debtor's plan proposes to pay the debtor's regular monthly mortgage payment to PennyMac in the sum of $1,984.80 while the notice of payment change indicates a regular monthly mortgage payment in the sum of $1,784.42 and an increase to $1,895.68 beginning September 2015.

5. 11 U.S.C. 1325(a)(5) plan does not provide for the secured claim of PennyMac in the sum of $450.00.

6. 11 U.S.C. 521(a)(1) The debtor has failed to provide to the Trustee a statement of itemized Current Monthly Income.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  12/16/2015                                                                              /s/  Jack W Gooding
                                                                                         _____
                                                                                                  CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 12/16/2015, with sufficient postage to assure delivery to the following:

MB

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, Ar  72206

Kent Pray - Electronically by ECF

/s/  Jack W Gooding

CHAPTER 13 TRUSTEE

MB