IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: HERMAN LEWIS, SR.                    NO. 4:15-12667
      DEBTOR                                      CHAPTER 13

MOTION REQUESTING ALLOWANCE FOR ADMINSTRATIVE
CLAIMS

Comes now the attorney for the debtor, Kent Pray, and for his Motion for
Administrative Expense states:

1.     The debtor filed for relief under the provisions of Chapter 13 of the
   United States Bankruptcy Code on June 1, 2015.
2.     That this Court has approved an attorney's fee application in the
   amount of  $3,500.00
3.     That Movant's approved compensation should be deemed an
   administrative expense under 11 U.S.C. 330(a) and should be paid
   from funds available to the Chapter 13 Trustee to Movant prior to any
   refund being disbursed to the debtor.

WHEREFORE, the Movant ask that the Court enter an Order allowing
the Movant's claim for compensation as an Administrative Expense and
further directing the Trustee to pay claim prior to ant disbursal or refund
to the debtor.

Respectfully submitted,


Kent Pray
Attorney for Debtor(s)
P.O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733
/s/ Kent Pray

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: HERMAN LEWIS, SR.                          NO. 4:15-12667
        DEBTOR                                    CHAPTER 13

NOTICE AND OPPORTUNITY TO OBJECT

You are hereby notified that the Movant has filed the attached Motion for Allowance of Administrative Claims.   Any response in opposition to the Motion must be made in writing within 21 days from the date of this notice, with the Bankruptcy Court, 300 West 2nd, Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Jack Gooding, Trustee, PO Box 8202, Little Rock, AR 72221.

If an Objection is filed, it will be set for a hearing by subsequent notice. If no objections are received, the Motion will be granted without further notice or hearing.

> Kent Pray
> Attorney for Debtor(s)
> P.O. Box 94224
> N. Little Rock, AR  72190
> (501) 771-7733
> /s/ Kent Pray
>
> _____

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached pleading have been mailed to the following:

**Jack W. Gooding**
**Chapter 13 Standing Trustee**
**P.O. Box 8202**
**Little Rock, AR 72221-8202**

**Herman R Lewis, Sr.**
900 Russenberger Rd
Little Rock, AR 72206

Dated December 18, 2015


/s/ Kent Pray

_____

Kent Pray

**Amazon/Syn Bank**
c/o Prof Bur of Coll of Maryla
PO Box 628
Elk Grove, CA 95759

**American Express**
P.O. Box 650448
Dallas, TX 75265

**Arkansas Speciality Care**
Attn: Shannon Miller
600 S. McKinley
Little Rock AR 72205

**Arkansas Specialty Care Center**
600 S. McKinley, Ste. 405
Little Rock, AR 72205-5210

**Arkansas Times**
201 E Markham/Ste 200
Little Rock, AR 72201

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Credit One**
P. O. Box 60500
City Of Industry, CA 91716

**Elavon Settlement Rec**
c/o Merchant Services
PO Box 9599
Knoxville, TN 37940

**Fed Loan Servicing**
PO Box 69184
Harrisburg, PA 17106

**First National Credit Card**
c/o LTD Financial Svcs
7322 SW Freeway/Ste 1600
Houston, TX 77074

**First National Credit Card**
PO Box 2677
Omaha, NE 68103

**First Premier Bank**
P O Box 5519
Sioux Falls, SD 57117

**First Premier Bank**
P O Box 5519
Sioux Falls, SD 57117

**Little Rock Family Dental**
c/o CLX Systems/Westwood Mgmt
PO Box 125
Hamel, MN 55340-0125

**Little Rock Family Dental Care**
4220 N. Rodney Parham
Suite 200
Little Rock, AR 72212

**LVNV Funding, LLC its successors and assigns as**
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Open Table**
PO Box 671198
Dallas, TX 75267

**PennyMac Loan Services**
P.O. Box 30597
Los Angeles, CA 90030-0597

**PennyMac Loan Services, LLC**
c/o Aldridge Pite LLP (formerly known as
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**PENNYMAC LOAN SERVICES, LLC**
6101 CONDOR DRIVE SUITE #200
MOORPARK, CA 93021

**PennyMac Loan Services, LLCc/o Aldridge Pite LLP (**
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**Pest Control By Adams**
12324 Stagecoach Road
Little Rock, AR 72210

**Premier Bankcard, Llc**
c o Jefferson Capital Systems LLC
Po Box 953185
St Louis Mo 63195-3185

**PRIORITY INSURANCE**
P.O. BOX 5849
NORTH LITTLE ROCK, AR. 72119

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**St Vincent Medical Group**
PO Box 23410
Little Rock, AR 72221

**Sysco-Ark**
c/o ESP Rec Mgmt Inc
399 Asbury Dr
Mandeville, LA 70471

**U.S. Deparment of Education**
C/O FedLoan Servicing
P.O.Box 69184
Harrisburg,PA 17106-9184

**Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S**
PO Box 19657
Irvine, CA 92623-9657

**Wells Fargo Dealer Svcs**
PO Box 25341
Santa Ana, CA 92799