IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Herman R Lewis Sr

CASE NO: 4:15-bk-12667 J
Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on October 20, 2015, Docket Entry [24], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of October 20, 2015.

IT IS SO ORDERED.

Date: 12/22/2015

/s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

cc:  Jack W Gooding, Trustee

Kent Pray
P O Box 94224
No Little Rock, AR  72190

Herman R Lewis Sr
900 Russenberger Rd
Little Rock, AR  72206

All Creditors

LM    /195